JEFFREY M. FELDMAN
Alaska Bar No. 7605029
Jefff@summitlawgroup.com
SUMMIT LAW GROUP
315 5th Avenue South, Suite 1000
Seattle, WA 98104
Telephone: (206) 676-7000
Facsimile: (206) 676-7001

CARY B. LERMAN (pro hac vice application to be filed)
cary.lerman@mto.com
WILLIAM D. TEMKO (pro hac vice application to be filed)
william.temko@mto.com
JEREMY A. LAWRENCE (pro hac vice application to be filed)
jeremy.lawrence@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Plaintiff GCI, Inc.
and GCI Communication Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| GCI, INC., and GCI Communication Corp.,<br><br>Plaintiffs,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, Severally Subscribing Policy Number W10226130601, and DOES 1 through 10,<br><br>Defendants. | CASE NO. 3:16-cv-00035-RRB<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE OF VOLUNTARY DISMISSAL - 1
CGI, INC. V. CERTAIN UNDERWRITERS AT LLOYD'S LONDON
CASE NO. 3:16-CV-00035 RRB

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000
Facsimile: (206) 676-7001

Case 3:16-cv-00035-RRB   Document 14   Filed 05/09/16   Page 1 of 3

Pursuant to Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs GCI, Inc. and GCI Communication Corp. give notice that the above-captioned action is voluntarily dismissed with prejudice and without costs or attorneys' fees to either party.

Defendants have filed neither an answer to the complaint nor a motion for summary judgment to these claims. Dismissal under Fed. R. Civ. P. 41 (a)(1)(A)(i) is therefore appropriate.

DATED this 9th day of May, 2016.

> Respectfully submitted,
>
> SUMMIT LAW GROUP PLLC
>
> By s/Jeffrey M. Feldman
>    Jeffrey M. Feldman, ASBA #7605029
>    jefff@summitlaw.com
>
> MUNGER, TOLLES & OLSON LLP
>
> By s/William D. Temko
>    Cary B. Lerman
>    cary.lerman@mto.com
>    William D. Temko
>    william.temko@mto.com
>    Jeremy A. Lawrence
>    jeremy.lawrence@mto.com
>
> *Attorneys for Plaintiffs*

NOTICE OF VOLUNTARY DISMISSAL - 2
CGI, INC. V. CERTAIN UNDERWRITERS AT LLOYD'S LONDON
CASE NO. 3:16-CV-00035 RRB

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000

# CERTIFICATE OF SERVICE

I hereby certify that on this day I caused the foregoing to be served, as indicated, upon the following:

***VIA CERTIFIED MAIL***

Mendes & Mount LLP
750 7th Ave., #24
New York, NY 10019

***VIA CERTIFIED MAIL AND EMAIL***
*complaints@lloyds.com*

Mark Smith
Lloyd's America, Inc.
25 W. 53rd St., 14th Floor
New York, NY 10019

DATED this 9th day of May, 2016

/s Lauree A. Lingenbrink
Lauree A. Lingenbrink, Legal Assistant

NOTICE OF VOLUNTARY DISMISSAL - 3
CGI, INC. V. CERTAIN UNDERWRITERS AT LLOYD'S LONDON
CASE NO. 3:16-CV-00035 RRB

SUMMIT LAW GROUP PLLC
315 FIFTH AVENUE SOUTH, SUITE 1000
SEATTLE, WASHINGTON 98104-2682
Telephone: (206) 676-7000

Case 3:16-cv-00035-RRB   Document 14   Filed 05/09/16   Page 3 of 3